UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ESTHER GOLDMAN

                        Plaintiff(s)              NOTICE OF APPEARANCE

                                                        23 CV 11068

        -against-

CVS PHARMACY INC. and WYKAGYL
ASSOCIATES HJ LLC.,

                        Defendant(s)
-----------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

       PLEASE enter my appearance as counsel in this case for the Plaintiff, ESTHER GOLDMAN.

       I certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
       December 22, 2023

                                            Respectfully submitted,

                                            _____
                                            THOMAS P. MARKOVITS, ESQ. (3455)
                                            Mirman, Markovits & Landau, P.C.
                                            Attorneys for Plaintiffs
                                            Office and P.O. Address
                                            291 Broadway 6th Fl
                                            New York, New York 10007
                                            212-227-4000

TO: PILLINGER MILLER TARALLO, LLP
      555 Taxter Road 5th Fl
      Elmsford, New York 10523
      914-703-6300

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

Anthony Duran, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides at Kings County New York.

That on December 22, 2023, deponent served the within NOTICE OF APPEARANCE upon:

Pillinger Miller Tarallo, LLP
555 Taxter Road 5th Fl
Elmsford, New York 10523

the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in - a post office - official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
Antony Duran

SWORN TO BEFORE ME ON
December 22, 2023

THOMAS P. MARKOVITS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02MA4974053
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 5, 2026

_____
Notary Public

**DOCKET NO.:**   23 CV 11068

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTHER GOLDMAN

PLAINTIFF(S),

-AGAINST-

CVS PHARMACY INC., and WYKAGYL ASSOCIATES HJ LLC.,

---

**NOTICE OF APPEARANCE**
_____

———

MIRMAN, MARKOVITS & LANDAU, P.C.
Attorneys for Plaintiff
291 Broadway - 6th Floor
New York, New York 10007
(212) 227-4000

_____