

| | |
|---|---|
| **Anthony M. Napoli** | 555 Taxter Road, 5th Floor, Elmsford, NY 10523 |
| *Partner* | Ph: (914) 703-6300 |
| Email: anapoli@pmtlawfirm.com | Fax: (914) 703-6688 |

*https://www.pmtlawfirm.com*

March 6, 2024

**VIA ECF**
Hon. Andrew E. Krause, U.S.M.J.
United States District Court
Southern District of New York

**Re**
Insured       : Esther Goldman
Docket No.    : 23 CV 11068 (AEK)
PMT File No.  : TMB-CVS-00120 /AMN

Dear Justice Krause:

    Our office represents CVS ALBANY LLC i/s/h/a CVS PHARMACY INC. Upon information and belief, defendant Wykagyl Associates HJ LLC is the owner of the shopping plaza in which a CVS Store is located.

    This letter is submitted pursuant to the Initial Conference held on February 8, 2024. It is respectfully requested that this matter be remanded to the Supreme Court, County of Westchester, with our office's consent.

    Thank you in advance.

Very truly yours,

PILLINGER MILLER TARALLO, LLP

By_____
    ANTHONY M. NAPOLI

AMN/jvm



_____

MARCH 6, 2024
PAGE **2** OF **2**


cc:
    **Via ECF**
    Jeannie I. Rivera, Esq.
    Law Offices Mirman, Markovits & Landau, P.C.
    291 Broadway - 6th Floor
    New York, New York 10007