UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTHER GOLDMAN,

                                Plaintiff,

                    -v-

CVS PHARMARCY INC. and WYKAGYL
ASSOCIATES HJ LLC,

                             Defendants.

23 Civ. 11068 (AEK)

**ORDER OF REMAND**

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Based upon the information set forth in the parties' letters dated March 5 and March 6, 2024, *see* ECF Nos. 19 and 20, and as discussed at the March 11, 2024 status conference, the Court finds that it lacks subject matter jurisdiction to adjudicate this case because there is not complete diversity among the parties, as required by 28 U.S.C. § 1332(a).

Accordingly, this case is hereby REMANDED to New York State Supreme Court, Westchester County, under Index No. 70321/2023, for further proceedings.

Dated: March 11, 2024
       White Plains, New York

                             **SO ORDERED.**

                             _____
                             ANDREW E. KRAUSE
                             United States Magistrate Judge